

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 15cr554 |
| v. | : | **WAIVER OF INDICTMENT** |
| FRANK A. REICHL | : | |

I, Frank A. Reichl, am charged with violating 15 U.S.C. § 1 being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on (Date) Oct 27, 2015 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Michael B. Himmel, Esq.
Counsel for Defendant

Before:
        HONORABLE JOSE L. LINARES
        United States District Judge