UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:        JOSE L. LINARES                              Date:   10/27/2015
Court Reporter:   PHYLLIS LEWIS                       Docket No: 2:15-cr-554 (JLL)

Title of the Case:

UNITED STATES OF AMERICA
v.
FRANK REICHL

Appearances:
Patricia Jannaco, USDOJ
Michael Himmel & Michael Kaplan, Attorneys for Defendant

Nature of Proceedings:
Defendant sworn.
Waiver of Indictment fld.
Information fld.
Plea: Guilty to Count 1 of Information.
Rule 11 fld.
Plea Agreement fld.
Ordered sentence date for 02/01/16 at 11:00 a.m.
Ordered bail set $100,000 PR Bond

Commenced: 12:30 p.m.
Concluded:   1:00 p.m.

*Lissette Rodriguez*, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.